# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| D.B.,: | : | |
| Plaintiff, | : | Case No. 2:25-cv-00419 |
| | : | |
| DONALD J. TRUMP ET AL., | | |
| | : | Judge Watson |
| | | Magistrate Judge Vascura |
| | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE TO THE COURT NOT TO PROCEED ANONYMOUSLY

AND NOW COMES Plaintiff D.B, by his undersigned counselors, and respectfully gives notice to the Court that he will no longer be proceeding in this action anonymously. D.B.'s relevant name is Dhanyasushwanth Balusu. No motion to proceed with Pseudonyms will be filed with this court.

## CONCLUSION

Therefore, Plaintiff gives notice not to proceed anonymously, and requests this Court to correct the docket to add Mr. Balusu's name as the Plaintiff rather than D.B., and proceed with this action under his name of Dhanyasushwanth Balusu.

Dated: April 24, 2025

Respectfully Submitted,

/s/Ghassan M. Shihab___
Ghassan (Gus) M. Shihab

        Ohio Bar Number: 0061098
        Eric Dennis Ricker
        Ohio Bar Number 0097733
        Law Firm of Shihab & Associates
        5925 Wilcox Pl. Ste A
        Dublin, Ohio 43016
        Tel. 614-255-4872
        Fax. 614-255-4870
        Email: gus@shihab.law
              ericker@shihab.law

        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 24, 2025, I filed the foregoing using the Court's CM/ECF System, and that all counsel of record will receive notice through that system. I further certify that on April 24, 2025, in compliance with Local Rule 65.1(b), full copies of the foregoing and all attachments were emailed to Christopher Yates in the United States Attorney's Office for the Southern District of Ohio at [Christopher.Yates@usdoj.gov](mailto:Christopher.Yates@usdoj.gov).

        Respectfully Submitted,

        /s/Ghassan M. Shihab\_\_\_
        Ghassan (Gus) M. Shihab
        Ohio Bar Number: 0061098
        Eric Dennis Ricker
        Ohio Bar Number 0097733
        Law Firm of Shihab & Associates
        5925 Wilcox Pl. Ste A
        Dublin, Ohio 43016
        Tel. 614-255-4872
        Fax. 614-255-4870
        Email: gus@shihab.law
               ericker@shihab.law

Counsel for Plaintiff