IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| D. B., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, *et al.*, <br><br> Defendants. | CASE NO. 2:25-cv-00419 <br><br> JUDGE MICHAEL H. WATSON <br><br> MAGISTRATE JUDGE CHELSEY M. VASCURA |

**STIPULATION OF DISMISSAL**

Upon consultation and consent of the parties, counsel for Defendants represent that the SEVIS record for Plaintiff, Dhanyasushwanth Balusu has been re-activated and will remain Active absent his failure to maintain nonimmigrant status or unlawful activity unrelated to the underlying facts of this case, that would render him removable from the United States under the Immigration and Nationality Act. Therefore, counsel for Plaintiff and counsel for Defendants hereby dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own costs and fees.

Respectfully submitted,

KELLY A. NORRIS
Acting United States Attorney

s/Christopher R. Yates
CHRISTOPHER R. YATES (0064776)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
E-mail: christopher.yates@usdoj.gov

s/John J. Stark
JOHN J. STARK (0076231)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
E-mail: john.stark@usdoj.gov

*Attorneys for Defendants*

s/Ghassan M. Shihab
GHASSAN (GUS) SHIHAB (0061098)
ERIC DENNIS RICKER (0097733)
Law Firm of Shihab & Associates
5925 Wilcox Pl., Suite A
Dublin, Ohio 43016
E-mail: gus@shihab.law
E-mail: ericker@shihab.law

*Attorneys for Plaintiff*